# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHI BRIONES,<br>    Plaintiff,<br>v.<br>JEREMY BEAN, *et al.*,<br>    Defendants. | Case No. 2:24-cv-00701-JAD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 4, 5] |

Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint and filed an application to proceed *in forma pauperis*. Docket Nos. 1-1, 5. Plaintiff also filed a motion to appoint counsel. Docket No. 4.

On December 23, 2024, Plaintiff filed a notice of voluntary dismissal. Docket No. 7. The clerk of the court then closed this action in accordance with Federal Rule of Civil Procedure 41(a)(1)(A).

Accordingly, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis*, Docket No. 5, is **DENIED** as moot.

IT IS FURTHER ORDERED that Plaintiff's motion to appoint counsel, Docket No. 4, is **DENIED** as moot.

Dated: December 30, 2024.

                                                  Nancy J. Koppe
                                                United States Magistrate Judge